IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. BROWN,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:16-CV-01700 |
| | : | |
| vs. | : | |
| | : | |
| **MATT EDINGER, ET AL.,** | : | (Judge Rambo) |
| | : | |
| Defendants | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Brown's motion to amend/correct complaint (Doc. 10) is **DENIED.**

2. Brown's motion to add and amend complaint (Doc. 11) is **DENIED.**

3. Brown's motion to add and amend application to proceed in forma pauperis (Doc. 12) is **DENIED.**

                                            s/Sylvia Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

January 10, 2017